**Wilma PARTEE, Director of Human Resources, Department of Natural Resources, Respondent.**

**No. WD 61308.**

Missouri Court of Appeals, Western District.

April 29, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 2003.

Robert S. Adler, St. Louis, MO, for Appellant.

Deborah J. Neff, Jefferson City, MO, for Respondent.

Before SMITH, P.J., LOWENSTEIN and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Daniel J. Wedemeyer appeals from the decision of the Personnel Advisory Board as upheld, dismissing his motion for attorney's fees as untimely filed because it was filed more than thirty days after the final order of the Personal Advisory Board. Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Jeffrey BROWN, Appellant.**

**No. ED 81569.**

Missouri Court of Appeals, Eastern District, Division Two.

April 29, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 19, 2003.

Gwenda R. Robinson, District Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Asst. Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J. and GARY M. GAERTNER, SR. and KATHIANNE KNAUP CRANE, JJ.

### ORDER

PER CURIAM.

Jeffrey Brown (defendant) appeals from his sentence pursuant to a jury's verdict on the charge of stealing, class C felony, in violation of Section 570.030 RSMo 2000 (all further references herein shall be to RSMo 2000 unless otherwise indicated). The trial court sentenced defendant as a prior and persistent offender to nine years of imprisonment in the Missouri Department of Corrections.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).